UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED AND DANIELLE SCHAAB, | CASE NO. 3:24-cv-05083-MJP |
| Plaintiffs, | ORDER DENYING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This matter comes before the Court on the Parties Stipulated Motion to Extend Pretrial Deadlines and Amend Case Schedule. (Dkt. No. 11.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion without prejudice.

The Parties ask the Court to "extend[] by two months all discovery, expert witness, and dispositive motion deadlines that have not already passed." (Mot. at 1; see also Order Setting Trial Date & Related Dates (Dkt. No. 10.).) The Parties state they "have begun discussing potential early resolution of this case, and are in the process of determining the format through

1  which early resolution can be best achieved." (Mot. at 2.) They also state they "have been

2  encountering difficulties with scheduling depositions of non-parties," alluding to difficulty

3  contacting "two key witnesses [whom] both Parties must depose." (Id.)

4      The Court finds an absence of good cause on the record presented. First, the Parties have

5  failed to explain why their difficulty in scheduling depositions of third-parties justifies extension

6  of the discovery, expert witness, and dispositive motion deadlines in this case, all of which were

7  set in early July of this year. (Dkt. No. 10.) Nor have the Parties explained who these witnesses

8  are, why their deposition testimony is necessary in this case, what efforts have been made to

9  contact them, and why a two-month extension would address the Parties inability to contact

10  witnesses. Second, given that the Court does not require the Parties to mediate, the Court does

11  not find that mediation is grounds here for an extension of any deadlines. The Parties are free to

12  mediate, but not at the expense of the existing case schedule.

13      In sum, there are inadequate grounds articulated that might justify the extension of any of

14  the three deadlines the Motion identifies. The Court therefore DENIES the Motion. See Fed. R.

15  Civ. P. 16(b)(4). The Court's denial is without prejudice to a renewed motion that addresses the

16  Court's concerns and sets forth good cause for any requested deadline extensions.

17      The clerk is ordered to provide copies of this order to all counsel.

18      Dated November 18, 2024.

19

20      Marsha J. Pechman
        United States Senior District Judge

21

22

23

24

ORDER DENYING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES - 2